

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-24-00087-CV
_____


DEIDRA T. BURTON, Appellant

V.

YES HIGHLAND ACRES, LLC, Appellee


On Appeal from the County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2024-02157-JP


Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

MEMORANDUM OPINION

Deidra T. Burton filed a timely notice of appeal on September 18, 2024.[1]  The clerk's record was filed on September 25, 2024.  Burton's brief was due on or before November 25, 2024.  When neither a brief nor a motion to extend time for filing same was received by December 10, 2024, this Court advised Burton by letter that her brief was late.  We warned Burton that the failure to file a brief by December 27, 2024, would subject this appeal to dismissal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

We received no responsive communication from Burton, and she did not file her appellate brief.  Having received no response to this Court's letter of December 10, 2024, Burton's appeal is ripe for dismissal for want of prosecution.  Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

> Scott E. Stevens
> Chief Justice

Date Submitted:      January 15, 2025
Date Decided:        January 16, 2025

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to Section 73.001 of the Texas Government Code.  *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).